## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. Leon B. Livingston            No. 08mj1444-POR

HON. Louisa S. Porter            Tape No. POR08-1:14:39-15:49 10m

Asst. U.S. Attorney  Charlotte Kaiser            PTSO  Tammy Riedling

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Eugene Iredale | X Apt | ___ Ret | for | Livingston | (1) | (C) |
|  | _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
|  | _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:   ___ In Chambers   X In Court   ___ By Telephone

Status hearing held.
Defendant's request to modify bond - Granted.
Bond re-set to $250,000 P/S secured by Real Property.
Warrant of removal issued to USM.
Defendant ordered removed to the District of Kansas Forthwith.

Date   06/03/2008            R. F. Messig  /s/
                                Deputy's Initials