# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court



June 6, 2008

Clerk, U.S. District Court
Southeastern Division of the District of North Dakota (Fargo)
655 1st Ave. North
Suite 130
Fargo ND 58102

Re:   08mj1478-CAB, USA v Sustaita

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint |   | Order of Removal |
|   | Minute Order Appointing Counsel |   | Detention Order |
|   | Corporate Surety Bond | x | Waiver of Removal |
|   | Personal Surety Bond | | |
| x | Other   Not for Public View - Financial Affidavit | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/J. Hinkle_____
Deputy Clerk